632

396 A.2d 851

Commonwealth v. Mesick, Appellant.

Submitted December 6, 1977. George B. Ditter, Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 851

Commonwealth v. Morrow, Appellant.

Submitted September 12, 1977. Joseph Mistrano, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.